UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUSAN BOURNE,

                              Plaintiff,                     25 Civ. No. 2774 (PAE) (GS)

      -against-                                   **PRE-SETTLEMENT**
                                                               **CONFERENCE ORDER**

JAMIE RUBIN, *et al.*,

                              Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, November 12, 2025 at 3:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference.  The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 437 470 736#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:    New York, New York
              October 31, 2025

                                                                      _____
                                                                      The Honorable Gary Stein
                                                                      United States Magistrate Judge